IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.   13-cv-01617-MSK-BNB

LOKEN-FLACK, LLC, a Colorado limited liability company, and
LYNN LOKEN,

Plaintiffs,

v.

NOVOZYMES BIOAG ,INC., a Delaware corporation,

Defendant.
_____

## ORDER
_____

This matter arises on the parties' **Joint Motion for Entry of Proposed Protective Order** [Doc. # 22, filed 11/12/2013] (the "Motion").  The Motion is DENIED, and the parties are granted leave to file a renewed motion consistent with the requirements of this order.

Although I frequently enter blanket protective orders at the request of the parties to promote discovery and protect confidential information from widespread dissemination, the proposed Protective Order [Doc. # 22-1] is unreasonably complex.  The parties are directed to review the Appendix to Gillard v. Boulder Valley School Dist., 196 F.R.D. 382 (D. Colo. 2000), and to submit a blanket protective order more in line with that.

IT IS ORDERED that the Motion [Doc. # 22] is DENIED without prejudice.

Dated November 13, 2013.

                                                           BY THE COURT:

                                                         s/ Boyd N. Boland
                                                         United States Magistrate Judge