IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-01617-MSK-BNB

LOKEN-FLACK, LLC, a Colorado limited liability company, and
LYNN LOKEN,

Plaintiffs,

v.

NOVOZYMES BIOAG ,INC., a Delaware corporation,

Defendant.

_____

## ORDER
_____

This matter arises on the parties' **Renewed Joint Motion for Entry of Proposed Protective Order** [Doc. # 25, filed 11/26/2013] (the "Renewed Motion").  Contrary to my instructions, the Renewed Motion does not comply with the requirements of Gillard v. Boulder Valley School Dist., 196 F.R.D. 382 (D. Colo. 2000), and particularly with respect to the challenge procedure.

IT IS ORDERED that the Renewed Motion [Doc. # 25] is DENIED.[1]

Dated December 4, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The parties are cautioned that their failure to follow my instructions and to present a complying form of blanket protective order will not be considered good cause in connection with any future motion to extend deadlines.